

# THE ATTORNEY GENERAL
# OF TEXAS

**AUSTIN 11, TEXAS**

WAGGONER CARR
ATTORNEY GENERAL

February 24, 1965

Hon. Ellis A. Oualline, Jr.   Opinion No. C-392
District Attorney
Montgomery County           Re:  Whether criminal cases are
Conroe, Texas               properly transferrable between
                            the Ninth and Second Ninth Dis-
Dear Mr. Oualline:          trict Courts.

By your letter of January 22, 1965, you requested
an opinion of this office regarding the above matter.  Arti-
cle 64, Vernon's Code of Criminal Procedure, provides:

"When two or more courts have concurrent
jurisdiction of any criminal offense, the court
in which an indictment or a complaint shall first
be filed shall retain jurisdiction of such of-
fense to the exclusion of all other courts."

This statute is intended to prevent any confusion
or contention which might arise between courts having concur-
rent jurisdictions of the person and subject matter of the
prosecution.  Article 64 is a general statute.  Cowley v.
State, 163 S.W.2d 193 (Tex.Crim. 1942)  A special act will
prevail over a general law and will be treated as an excep-
tion to the general law.  Perez v. Perez, 59 Tex. 322 (1883)
A reading of Article 199, Vernon's Civil Statutes shows that
the Ninth and Second Ninth Judicial District Courts are set
up on a basis of concurrent jurisdiction.  It is therefore
our opinion that in the absence of special legislation ex-
pressly providing for such transfer, criminal cases may not
be transferred between the two courts.  Johnson v. State,
148 S.W. 300 (Tex.Crim. 1912); In re Drane, 191 S.W. 1156
(1917); Wrenn v. State, 200 S.W. 844 (1918); Bragg v. State,
6 S.W.2d 365 (1928); Ringer v. State, 121 S.W.2d 364 (1938).

As noted above, such transfer may be authorized
by statute; Moore v. State, 35 S.W. 668 (Tex.Crim. 1896);
Cummings v. State, 35 S.W. 979 (Tex.Crim. 1896); Littleton
v. State, 239 S.W. 202 (Tex.Crim. 1922); Ehrlich v. State,

281 S.W. 548 (Tex.Crim. 1926). However, there is no provision in Article 199, above, allowing transfer between the two courts.

### SUMMARY

Criminal cases may not be transferred between the Ninth and the Second Ninth Judicial District Courts.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By: CHARLES B. SWANNER
Assistant Attorney General

CBS/lh

APPROVED:
OPINION COMMITTEE
W. V. Geppert, Chairman
Sam Kelley
Roy Johnson
V. F. Taylor
Bob Flowers

APPROVED FOR THE ATTORNEY GENERAL
BY: Stanton Stone